Jerry Ray Ulrich III  Doc# 675648
Canadian County Detention Center
304 N Evans
El Reno, OK. 73036



Court Clerk: United States District Court
For the Western District of Oklahoma.
200 NW 4th St.
OKC, OK. 73102

**RECEIVED**
AUG 30 2022
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

LEGAL MAIL



LEGAL MAIL

LEGAL MAIL

NOTICE: This correspondence was mailed from an inmate incarcerated in the Canadian County Jail. Mail is uncensored. Any inquires should be sent to:
Undersheriff
Canadian County Sheriff's Office
El Reno, Oklahoma 73036