8-28-2022

To whom it may concern,

I am sending my complaint packet in but would like it known that when given the forma pauperis packet to Canadian County Detention offices administration. L.T. New who is claiming to have personally gave it Canadian County Detention offices Jail administrator. The packet has come up missing. With each blaming the other. To get a copy of these complaints I had to jump through hoops. So I am asking for a court order as well as another forma pauperis packet with instructions to comply promptly. Please + thank you

Jerry Ulrich Doc#675648

*Jerry Ulrich*

FILED
AUG 30 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY _____ EKW _____ , DEPUTY