Jerry Ray Ulrich III   DOC# 675648
Canadian County Detention Center
304 N Evans
El Reno, OK. 73036



Court Clerk: United States District Court
For the Western District of Oklahoma.
200 NW 4th St.
OKC, OK. 73102

RECEIVED
AUG 30 2022
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

LEGAL MAIL

