| | | |
|---|---|---|
| FILING FEE PAID?<br>YES ☐<br>NO ☒ | IFP Received?<br>YES ☐<br>NO ☒ | IFP Amount: $350<br><br>Magistrate Judge: Suzanne Mitchell |

# CIV-22-767-HE

## Ulrich v. West et al

## **NEVER IN THIS COURT BEFORE**