IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Jerry Ray Ulrich, III** ) | |
| ) | |
| Plaintiff(s) ) | |
| v. ) | CIV-22-767-HE |
| ) | |
| ) | |
| ) | |
| **West et al** ) | |
| Defendant(s) ) | |

August 31, 2022
Enter Order:

In accordance with 28 U.S.C. §636, this matter is hereby referred to Magistrate Judge Suzanne Mitchell for preliminary review, for conducting any necessary hearings, including evidentiary hearings, for the entry of appropriate orders as to non-dispositive matters, and for the preparation and submission to the undersigned judge of Findings and Recommendations as to dispositive matters referenced in 28 U.S.C. §§ 636(b)(1)(B), and (C).

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE JOE HEATON

CARMELITA REEDER SHINN, CLERK


by: s/ E. Wilkinson
Deputy Court Clerk

*Revised 01/03/2022 kmt*