IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY RAY ULRICH, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-767-HE |
| | ) |
| CHRIS WEST, et al.,` | ) |
| | ) |
| Defendants. | ) |

## ORDER TO CURE DEFICIENCIES

The Court is in receipt of the documents tendered by Plaintiff in this matter. The documents are deficient in the area the Court indicates below:

☒ In forma pauperis motion has not been submitted for filing and no filing fee was paid to the Court.

☐ In forma pauperis motion is missing an original signature by the plaintiff.

☐ In forma pauperis motion is not on the proper form.

☐ In forma pauperis motion is missing financial information and/or signature of authorized officer of penal institution.

☐ In forma pauperis motion is missing the certified copy of the plaintiff's institutional accounts statement from the appropriate official of each penal institution or jail at which the plaintiff is or was confined during the six-month period immediately preceding this filing. 28 U.S.C. § 1915(a)(2).

☐ The complaint is not on the proper form.

☐ The complaint is not properly signed by the plaintiff.

The Court ORDERS Plaintiff to cure the deficiency designated above **by September 22, 2022**. Failure to comply with this Order may result in the dismissal of this action. The Clerk of the Court is directed to send to Plaintiff any forms necessary for compliance with this Order.

SO ORDERED this 1st day of September, 2022.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE