# Account Transaction History

ULRICH, JERRY RAY (038191)
Location: I08

**Cash Starting Balance: $0.00**
**A/R Starting Balance: $0.00**

| Trans. # | Date/Time | Entry Type | Notes | Amount | A/R | A/R Bal. | Cash Bal. |
|---|---|---|---|---|---|---|---|
| 280474 | 6/22/2021 1:00 PM | Inmate Note | ******* Opened Account ******* | | | $0.00 | $0.00 |
| 280562 | 6/22/2021 8:47 PM | Inmate Add | | $40.00 | | $0.00 | $40.00 |
| 281012 | 6/24/2021 10:22 AM | Inmate Bill | Order 689 | | $39.91 | $39.91 | $40.00 |
| 281013 | 6/24/2021 10:22 AM | Inmate Bill Payment | Order 689 | ($39.91) | ($39.91) | $0.00 | $0.09 |
| 282109 | 7/1/2021 11:35 AM | Inmate Bill | Order 690 | | $0.00 | $0.00 | $0.09 |
| 282110 | 7/1/2021 11:35 AM | Inmate Bill Payment | Order 690 | $0.00 | $0.00 | $0.00 | $0.09 |
| 282640 | 7/5/2021 8:43 PM | Inmate Add | | $40.00 | | $0.00 | $40.09 |
| 282707 | 7/6/2021 1:14 PM | Inmate Add | | $50.00 | | $0.00 | $90.09 |
| 282766 | 7/6/2021 7:23 PM | Inmate Bill | Phone Time Purchase #6518415 on 7/6/2021 7:18:00 PM | | $10.00 | $10.00 | $90.09 |
| 282767 | 7/6/2021 7:23 PM | Inmate Bill Payment | Phone Time Purchase #6518415 | ($10.00) | ($10.00) | $0.00 | $80.09 |
| 282768 | 7/6/2021 7:23 PM | Inmate Bill | Phone Time Purchase #6518420 on 7/6/2021 7:19:00 PM | | $10.00 | $10.00 | $80.09 |
| 282769 | 7/6/2021 7:23 PM | Inmate Bill Payment | Phone Time Purchase #6518420 | ($10.00) | ($10.00) | $0.00 | $70.09 |
| 282863 | 7/7/2021 1:28 PM | Inmate Bill | Phone Time Purchase #6520358 on 7/7/2021 1:25:00 PM | | $10.00 | $10.00 | $70.09 |
| 282864 | 7/7/2021 1:28 PM | Inmate Bill Payment | Phone Time Purchase #6520358 | ($10.00) | ($10.00) | $0.00 | $60.09 |
| 283209 | 7/8/2021 10:07 AM | Inmate Bill | Order 1691 | | $59.86 | $59.86 | $60.09 |
| 283210 | 7/8/2021 10:07 AM | Inmate Bill Payment | Order 1691 | ($59.86) | ($59.86) | $0.00 | $0.23 |
| 286425 | 7/31/2021 6:11 PM | Inmate Bill | NURSE VISIT X1 OTC MED | | $15.00 | $15.00 | $0.23 |
| 286426 | 7/31/2021 6:11 PM | Inmate Bill Payment | | ($0.06) | ($0.06) | $14.94 | $0.17 |
| 287167 | 8/5/2021 10:26 AM | Inmate Bill | Order 1695 | | $0.00 | $14.94 | $0.17 |
| 287168 | 8/5/2021 10:26 AM | Inmate Bill Payment | Order 1695 | $0.00 | $0.00 | $14.94 | $0.17 |
| 288971 | 8/18/2021 5:05 PM | Inmate Add | | $100.00 | | $14.94 | $100.17 |
| 288972 | 8/18/2021 5:13 PM | Inmate Bill Payment | | ($14.94) | ($14.94) | $0.00 | $85.23 |
| 289274 | 8/19/2021 10:25 AM | Inmate Bill | Order 1697 | | $82.72 | $82.72 | $85.23 |
| 289275 | 8/19/2021 10:25 AM | Inmate Bill Payment | Order 1697 | ($82.72) | ($82.72) | $0.00 | $2.51 |
| 290088 | 8/25/2021 11:38 PM | Inmate Add | | $40.00 | | $0.00 | $42.51 |
| 290288 | 8/26/2021 10:23 AM | Inmate Bill | Order 1698 | | $40.41 | $40.41 | $42.51 |
| 290289 | 8/26/2021 10:23 AM | Inmate Bill Payment | Order 1698 | ($40.41) | ($40.41) | $0.00 | $2.10 |
| 290804 | 8/30/2021 7:24 PM | Inmate Add | | $100.00 | | $0.00 | $102.10 |

| Trans. # | Date/Time | Entry Type | Notes | Amount | A/R | A/R Bal. | Cash Bal. |
|---|---|---|---|---|---|---|---|
| 290955 | 8/31/2021 10:09 PM | Inmate Add | | $40.00 | | $0.00 | $142.10 |
| 291432 | 9/2/2021 10:19 AM | Inmate Bill | Order 1699 | | $139.54 | $139.54 | $142.10 |
| 291433 | 9/2/2021 10:19 AM | Inmate Bill Payment | Order 1699 | ($139.54) | ($139.54) | $0.00 | $2.56 |
| 291606 | 9/3/2021 7:07 PM | Inmate Add | | $100.00 | | $0.00 | $102.56 |
| 292054 | 9/7/2021 7:16 PM | Inmate Add | | $60.00 | | $0.00 | $162.56 |
| 292424 | 9/9/2021 10:24 AM | Inmate Bill | Order 1700 | | $161.68 | $161.68 | $162.56 |
| 292425 | 9/9/2021 10:24 AM | Inmate Bill Payment | Order 1700 | ($161.68) | ($161.68) | $0.00 | $0.88 |
| 292651 | 9/11/2021 5:59 PM | Inmate Bill | Sick call on 9/9/21 | | $10.00 | $10.00 | $0.88 |
| 292652 | 9/11/2021 5:59 PM | Inmate Bill Payment | | ($0.22) | ($0.22) | $9.78 | $0.66 |
| 292759 | 9/12/2021 7:13 PM | Inmate Add | | $30.00 | | $9.78 | $30.66 |
| 292760 | 9/12/2021 7:18 PM | Inmate Bill Payment | | ($7.50) | ($7.50) | $2.28 | $23.16 |
| 292775 | 9/12/2021 9:38 PM | Inmate Add | | $20.00 | | $2.28 | $43.16 |
| 292776 | 9/12/2021 9:43 PM | Inmate Bill Payment | | ($2.28) | ($2.28) | $0.00 | $40.88 |
| 292879 | 9/13/2021 9:23 PM | Inmate Add | | $30.00 | | $0.00 | $70.88 |
| 293042 | 9/15/2021 1:29 PM | Inmate Add | | $100.00 | | $0.00 | $170.88 |
| 293345 | 9/16/2021 10:23 AM | Inmate Bill | Order 1701 | | $81.15 | $81.15 | $170.88 |
| 293346 | 9/16/2021 10:23 AM | Inmate Bill Payment | Order 1701 | ($81.15) | ($81.15) | $0.00 | $89.73 |
| 294339 | 9/23/2021 10:16 AM | Inmate Bill | Order 1702 | | $84.77 | $84.77 | $89.73 |
| 294340 | 9/23/2021 10:16 AM | Inmate Bill Payment | Order 1702 | ($84.77) | ($84.77) | $0.00 | $4.96 |
| 294467 | 9/24/2021 12:01 AM | Inmate Add | | $25.00 | | $0.00 | $29.96 |
| 295119 | 9/29/2021 8:20 PM | Inmate Add | | $100.00 | | $0.00 | $129.96 |
| 295328 | 9/30/2021 10:30 AM | Inmate Bill | Order 1703 | | $126.33 | $126.33 | $129.96 |
| 295329 | 9/30/2021 10:30 AM | Inmate Bill Payment | Order 1703 | ($126.33) | ($126.33) | $0.00 | $3.63 |
| 296029 | 10/6/2021 5:13 PM | Inmate Add | | $80.00 | | $0.00 | $83.63 |
| 296247 | 10/7/2021 10:50 AM | Inmate Bill | Order 1704 | | $77.61 | $77.61 | $83.63 |
| 296248 | 10/7/2021 10:50 AM | Inmate Bill Payment | Order 1704 | ($77.61) | ($77.61) | $0.00 | $6.02 |
| 296734 | 10/11/2021 6:58 PM | Inmate Add | | $100.00 | | $0.00 | $106.02 |
| 297095 | 10/14/2021 10:18 AM | Inmate Bill | Order 1705 | | $97.70 | $97.70 | $106.02 |
| 297096 | 10/14/2021 10:18 AM | Inmate Bill Payment | Order 1705 | ($97.70) | ($97.70) | $0.00 | $8.32 |
| 298329 | 10/26/2021 2:57 PM | Inmate Add | | $100.00 | | $0.00 | $108.32 |
| 298666 | 10/28/2021 10:43 AM | Inmate Bill | Order 1707 | | $102.98 | $102.98 | $108.32 |
| 298667 | 10/28/2021 10:43 AM | Inmate Bill Payment | Order 1707 | ($102.98) | ($102.98) | $0.00 | $5.34 |
| 299044 | 11/1/2021 10:12 PM | Inmate Add | | $100.00 | | $0.00 | $105.34 |
| 299437 | 11/4/2021 10:20 AM | Inmate Bill | Order 1708 | | $104.35 | $104.35 | $105.34 |
| 299438 | 11/4/2021 10:20 AM | Inmate Bill Payment | Order 1708 | ($104.35) | ($104.35) | $0.00 | $0.99 |
| 300105 | 11/10/2021 2:56 PM | Inmate Bill | Provider visit and medication on 11/10/21 | | $15.00 | $15.00 | $0.99 |
| 300106 | 11/10/2021 2:56 PM | Inmate Bill Payment | | ($0.25) | ($0.25) | $14.75 | $0.74 |
| 300134 | 11/10/2021 6:23 PM | Inmate Add | | $100.00 | | $14.75 | $100.74 |
| 300135 | 11/10/2021 6:28 PM | Inmate Bill Payment | | ($14.75) | ($14.75) | $0.00 | $85.99 |
| 300390 | 11/11/2021 10:21 AM | Inmate Bill | Order 1709 | | $85.87 | $85.87 | $85.99 |
| 300391 | 11/11/2021 10:21 AM | Inmate Bill Payment | Order 1709 | ($85.87) | ($85.87) | $0.00 | $0.12 |
| 300878 | 11/16/2021 11:58 AM | Inmate Add | | $100.00 | | $0.00 | $100.12 |
| 301258 | 11/18/2021 10:11 AM | Inmate Bill | Order 1710 | | $99.47 | $99.47 | $100.12 |
| 301259 | 11/18/2021 10:11 AM | Inmate Bill Payment | Order 1710 | ($99.47) | ($99.47) | $0.00 | $0.65 |

| Trans. # | Date/Time | Entry Type | Notes | Amount | A/R | A/R Bal. | Cash Bal. |
|---|---|---|---|---|---|---|---|
| 301888 | 11/23/2021 10:25 AM | Inmate Bill | Order 1711 | | $0.54 | $0.54 | $0.65 |
| 301889 | 11/23/2021 10:25 AM | Inmate Bill Payment | Order 1711 | ($0.54) | ($0.54) | $0.00 | $0.11 |
| 301931 | 11/23/2021 5:42 PM | Inmate Add | | $100.00 | | $0.00 | $100.11 |
| 302671 | 12/1/2021 3:37 PM | Inmate Bill | DOC provider visit, x2 prescription medications, 1 OTC med | | $35.00 | $35.00 | $100.11 |
| 302672 | 12/1/2021 3:37 PM | Inmate Bill Payment | | ($25.03) | ($25.03) | $9.97 | $75.08 |
| 302965 | 12/2/2021 10:21 AM | Inmate Bill | Order 1712 | | $73.77 | $83.74 | $75.08 |
| 302966 | 12/2/2021 10:21 AM | Inmate Bill Payment | Order 1712 | ($73.77) | ($73.77) | $9.97 | $1.31 |
| 304273 | 12/15/2021 2:55 AM | Inmate Add | | $100.00 | | $9.97 | $101.31 |
| 304274 | 12/15/2021 3:03 AM | Inmate Bill Payment | | ($9.97) | ($9.97) | $0.00 | $91.34 |
| 304573 | 12/16/2021 10:23 AM | Inmate Bill | Order 1714 | | $85.24 | $85.24 | $91.34 |
| 304574 | 12/16/2021 10:23 AM | Inmate Bill Payment | Order 1714 | ($85.24) | ($85.24) | $0.00 | $6.10 |
| 304862 | 12/19/2021 2:22 AM | Inmate Add | | $100.00 | | $0.00 | $106.10 |
| 305269 | 12/21/2021 10:17 AM | Inmate Bill | Order 1715 | | $105.85 | $105.85 | $106.10 |
| 305270 | 12/21/2021 10:17 AM | Inmate Bill Payment | Order 1715 | ($105.85) | ($105.85) | $0.00 | $0.25 |
| 305640 | 12/25/2021 2:36 AM | Inmate Add | | $100.00 | | $0.00 | $100.25 |
| 305733 | 12/26/2021 3:14 PM | Inmate Add | | $20.00 | | $0.00 | $120.25 |
| 306340 | 12/30/2021 11:45 AM | Inmate Bill | Order 1716 | | $119.91 | $119.91 | $120.25 |
| 306341 | 12/30/2021 11:45 AM | Inmate Bill Payment | Order 1716 | ($119.91) | ($119.91) | $0.00 | $0.34 |
| 306910 | 1/5/2022 1:01 PM | Inmate Add | | $100.00 | | $0.00 | $100.34 |
| 307181 | 1/6/2022 10:32 AM | Inmate Bill | Order 1717 | | $95.72 | $95.72 | $100.34 |
| 307182 | 1/6/2022 10:32 AM | Inmate Bill Payment | Order 1717 | ($95.72) | ($95.72) | $0.00 | $4.62 |
| 307721 | 1/12/2022 1:40 PM | Inmate Add | | $100.00 | | $0.00 | $104.62 |
| 307986 | 1/13/2022 10:30 AM | Inmate Bill | Order 1718 | | $103.73 | $103.73 | $104.62 |
| 307987 | 1/13/2022 10:30 AM | Inmate Bill Payment | Order 1718 | ($103.73) | ($103.73) | $0.00 | $0.89 |
| 308805 | 1/20/2022 10:22 AM | Inmate Bill | Order 1719 | | $0.54 | $0.54 | $0.89 |
| 308806 | 1/20/2022 10:22 AM | Inmate Bill Payment | Order 1719 | ($0.54) | ($0.54) | $0.00 | $0.35 |
| 309336 | 1/25/2022 11:32 AM | Inmate Add | | $100.00 | | $0.00 | $100.35 |
| 309752 | 1/27/2022 10:37 AM | Inmate Bill | Order 1720 | | $99.69 | $99.69 | $100.35 |
| 309753 | 1/27/2022 10:37 AM | Inmate Bill Payment | Order 1720 | ($99.69) | ($99.69) | $0.00 | $0.66 |
| 310420 | 2/2/2022 9:51 PM | Inmate Add | | $100.00 | | $0.00 | $100.66 |
| 310735 | 2/4/2022 7:32 AM | Inmate Bill | Order 1721 | | $95.91 | $95.91 | $100.66 |
| 310736 | 2/4/2022 7:32 AM | Inmate Bill Payment | Order 1721 | ($95.91) | ($95.91) | $0.00 | $4.75 |
| 311215 | 2/8/2022 10:07 PM | Inmate Add | | $100.00 | | $0.00 | $104.75 |
| 311572 | 2/10/2022 10:25 AM | Inmate Bill | Order 1722 | | $64.52 | $64.52 | $104.75 |
| 311573 | 2/10/2022 10:25 AM | Inmate Bill Payment | Order 1722 | ($64.52) | ($64.52) | $0.00 | $40.23 |
| 312439 | 2/17/2022 10:19 AM | Inmate Bill | Order 1723 | | $40.16 | $40.16 | $40.23 |
| 312440 | 2/17/2022 10:19 AM | Inmate Bill Payment | Order 1723 | ($40.16) | ($40.16) | $0.00 | $0.07 |
| 312975 | 2/23/2022 7:38 PM | Inmate Add | | $70.00 | | $0.00 | $70.07 |
| 313181 | 2/24/2022 10:19 AM | Inmate Bill | Order 1724 | | $64.00 | $64.00 | $70.07 |
| 313182 | 2/24/2022 10:19 AM | Inmate Bill Payment | Order 1724 | ($64.00) | ($64.00) | $0.00 | $6.07 |
| 313727 | 2/28/2022 9:02 PM | Inmate Add | | $70.00 | | $0.00 | $76.07 |
| 314221 | 3/3/2022 10:53 AM | Inmate Bill | Order 1725 | | $75.56 | $75.56 | $76.07 |
| 314222 | 3/3/2022 10:53 AM | Inmate Bill Payment | Order 1725 | ($75.56) | ($75.56) | $0.00 | $0.51 |

[handwritten margin note: "Six month"]

| Trans. # | Date/Time | Entry Type | Notes | Amount | A/R | A/R Bal. | Cash Bal. |
|---|---|---|---|---|---|---|---|
| 314651 | 3/7/2022 6:31 PM | Inmate Add | | $100.00 | | $0.00 | $100.51 |
| 315144 | 3/10/2022 10:26 AM | Inmate Bill | Order 1726 | | $54.82 | $54.82 | $100.51 |
| 315145 | 3/10/2022 10:26 AM | Inmate Bill Payment | Order 1726 | ($54.82) | ($54.82) | $0.00 | $45.69 |
| 315405 | 3/12/2022 12:52 PM | Inmate Add | | $50.00 | | $0.00 | $95.69 |
| 316041 | 3/17/2022 10:19 AM | Inmate Bill | Order 1727 | | $94.38 | $94.38 | $95.69 |
| 316042 | 3/17/2022 10:19 AM | Inmate Bill Payment | Order 1727 | ($94.38) | ($94.38) | $0.00 | $1.31 |
| 316898 | 3/24/2022 10:27 AM | Inmate Bill | Order 1728 | | $0.70 | $0.70 | $1.31 |
| 316899 | 3/24/2022 10:27 AM | Inmate Bill Payment | Order 1728 | ($0.70) | ($0.70) | $0.00 | $0.61 |
| 317485 | 3/30/2022 5:33 PM | Inmate Add | | $95.00 | | $0.00 | $95.61 |
| 317707 | 3/31/2022 10:19 AM | Inmate Bill | Order 1729 | | $88.96 | $88.96 | $95.61 |
| 317708 | 3/31/2022 10:19 AM | Inmate Bill Payment | Order 1729 | ($88.96) | ($88.96) | $0.00 | $6.65 |
| 318208 | 4/5/2022 3:06 PM | Inmate Bill | sick and medication 4/5/22 | | $15.00 | $15.00 | $6.65 |
| 318209 | 4/5/2022 3:06 PM | Inmate Bill Payment | | ($1.66) | ($1.66) | $13.34 | $4.99 |
| 319394 | 4/14/2022 10:19 AM | Inmate Bill | Order 1731 | | $4.90 | $18.24 | $4.99 |
| 319395 | 4/14/2022 10:19 AM | Inmate Bill Payment | Order 1731 | ($4.90) | ($4.90) | $13.34 | $0.09 |
| 321413 | 5/1/2022 10:37 AM | Inmate Add | | $65.00 | | $13.34 | $65.09 |
| 321414 | 5/1/2022 10:43 AM | Inmate Bill Payment | | ($13.34) | ($13.34) | $0.00 | $51.75 |
| 321480 | 5/1/2022 8:48 PM | Inmate Bill | Phone Time Purchase #7533219 on 5/1/2022 8:45:00 PM | | $10.00 | $10.00 | $51.75 |
| 321481 | 5/1/2022 8:48 PM | Inmate Bill Payment | Phone Time Purchase #7533219 | ($10.00) | ($10.00) | $0.00 | $41.75 |
| 321966 | 5/5/2022 10:36 AM | Inmate Bill | Order 1734 | | $41.66 | $41.66 | $41.75 |
| 321967 | 5/5/2022 10:36 AM | Inmate Bill Payment | Order 1734 | ($41.66) | ($41.66) | $0.00 | $0.09 |
| 325674 | 6/9/2022 2:22 PM | Inmate Bill | Sick call and medical | | $15.00 | $15.00 | $0.09 |
| 325675 | 6/9/2022 2:22 PM | Inmate Bill Payment | | ($0.02) | ($0.02) | $14.98 | $0.07 |
| 326482 | 6/16/2022 2:33 PM | Inmate Bill | Provider visit | | $10.00 | $24.98 | $0.07 |
| 326483 | 6/16/2022 2:33 PM | Inmate Bill Payment | | ($0.02) | ($0.02) | $24.96 | $0.05 |
| 329556 | 7/12/2022 2:19 PM | Inmate Bill | July medication bill; $20 for Rx X2; 1 OTC med for $5 | | $25.00 | $49.96 | $0.05 |
| 329557 | 7/12/2022 2:19 PM | Inmate Bill Payment | | ($0.01) | ($0.01) | $49.95 | $0.04 |
| 330554 | 7/20/2022 3:45 AM | Inmate Add | | $45.00 | | $49.95 | $45.04 |
| 330555 | 7/20/2022 3:53 AM | Inmate Bill Payment | | ($11.25) | ($11.25) | $38.70 | $33.79 |
| 330818 | 7/21/2022 10:38 AM | Inmate Bill | Order 1745 | | $33.34 | $72.04 | $33.79 |
| 330819 | 7/21/2022 10:38 AM | Inmate Bill Payment | Order 1745 | ($33.34) | ($33.34) | $38.70 | $0.45 |
| 331176 | 7/24/2022 9:41 PM | Inmate Add | | $60.00 | | $38.70 | $60.45 |
| 331177 | 7/24/2022 9:48 PM | Inmate Bill Payment | | ($3.73) | ($3.73) | $34.97 | $56.72 |
| 331178 | 7/24/2022 9:48 PM | Inmate Bill Payment | | ($9.98) | ($9.98) | $24.99 | $46.74 |
| 331179 | 7/24/2022 9:48 PM | Inmate Bill Payment | | ($1.29) | ($1.29) | $23.70 | $45.45 |
| 331690 | 7/28/2022 10:37 AM | Inmate Bill | Order 1746 | | $45.05 | $68.75 | $45.45 |
| 331691 | 7/28/2022 10:37 AM | Inmate Bill Payment | Order 1746 | ($45.05) | ($45.05) | $23.70 | $0.40 |
| 333167 | 8/10/2022 5:57 PM | Inmate Bill | Sick call and 1 medication on 8/10/22 | | $15.00 | $38.70 | $0.40 |
| 333168 | 8/10/2022 5:57 PM | Inmate Bill Payment | | ($0.10) | ($0.10) | $38.60 | $0.30 |
| 333672 | 8/14/2022 7:13 PM | Inmate Add | | $25.00 | | $38.60 | $25.30 |

| Trans. # | Date/Time | Entry Type | Notes | Amount | A/R | A/R Bal. | Cash Bal. |
|---|---|---|---|---|---|---|---|
| 333673 | 8/14/2022 7:18 PM | Inmate Bill Payment | | ($6.25) | ($6.25) | $32.35 | $19.05 |
| 334146 | 8/18/2022 10:35 AM | Inmate Bill | Order 1749 | | $18.91 | $51.26 | $19.05 |
| 334147 | 8/18/2022 10:35 AM | Inmate Bill Payment | Order 1749 | ($18.91) | ($18.91) | $32.35 | $0.14 |
| 334547 | 8/23/2022 6:28 PM | Inmate Add | | $25.00 | | $32.35 | $25.14 |
| 334548 | 8/23/2022 6:33 PM | Inmate Bill Payment | | ($6.25) | ($6.25) | $26.10 | $18.89 |
| 334874 | 8/25/2022 10:19 AM | Inmate Bill | Order 1750 | | $18.51 | $44.61 | $18.89 |
| 334875 | 8/25/2022 10:19 AM | Inmate Bill Payment | Order 1750 | ($18.51) | ($18.51) | $26.10 | $0.38 |
| 335696 | 9/1/2022 10:51 AM | Inmate Bill | Order 1751 | | $0.00 | $26.10 | $0.38 |
| 335697 | 9/1/2022 10:51 AM | Inmate Bill Payment | Order 1751 | $0.00 | $0.00 | $26.10 | $0.38 |
| 336137 | 9/5/2022 8:43 PM | Inmate Add | | $25.00 | | $26.10 | $25.38 |
| 336138 | 9/5/2022 8:48 PM | Inmate Bill Payment | | ($6.25) | ($6.25) | $19.85 | $19.13 |

**Cash Ending Balance: $19.13**

**A/R Balance: $19.85**