Jerry Ulrich #675648
Canadian County Jail
304 N Evans
El Reno Ok. 73036

OKLAHOMA CITY OK 73...
12 SEP 2022 PM

William J. Holloway, Jr. U.S Courthouse
200 NW 4th St, Suite 1210
OKC, OK 73102

Legal mail

RECEIVED
SEP 14 2022
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

73102-302710

NOTICE This correspondence was mailed from an inmate incarcerated in the Canadian County Jail. Mail is uncensored. Any inquires should be sent to:
Undersheriff
Canadian County Sheriff's Office
El Reno, Oklahoma 73036

Mail

LEGAL