```
Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500092142
Cashier ID: dbeasley
Transaction Date: 09/26/2022
Payer Name: Brittany Gonsalzes
----------------------------------
PLRA CIVIL FILING FEE
 For: Jerry Ray Ulrich, III
 Case/Party: D-OKW-5-22-CV-000767-001
 Amount:         $26.83
----------------------------------
CREDIT CARD
 Amt Tendered:  $26.83
----------------------------------
Total Due:       $26.83
Total Tendered: $26.83
Change Amt:      $0.00

CIV-22-767-HE


Return check fee $53
```