Jerry Ray Ulrich III, #675648
El Reno, CCJ
304 N Evans
El Reno, OK. 73036

OKLAHOMA CITY OK 730
28 SEP 2022 PM 7 L



RECEIVED
SEP 30 2022
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

Court Clerk
William J. Holloway, JR. U.S. Courthouse
200 New 4th St. Suite 1210
OKC, OK. 73102

Legal mail

73102-302710

Legal mail

MAIL 74937

NOTICE This correspondence was mailed from an inmate incarcerated in the Canadian County Jail  Mail is uncensored  Any inquires should be sent to:
Undersheriff
Canadian County Sheriff's Office
El Reno, Oklahoma 73036