To the Court Clerk:

I have no access to law library consisting of paper copies, or books. I am in Isolated Administrative segregation I can't leave my cell and have No people Near me. I have No knowledge of how to do what needs to be done and am requesting a packet of all necessary forms Needed For a 42 U.S.C § 1983 action. As well as a Set of the rules Regarding Federal Rules of Civil Procedure that this District Court requires. Thank you.

Jerry Ulrich (675648)
Jerry Ray Ulrich III (675648)
Date: 9-28-22

**FILED**

OCT 06 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY_____ SO _____,DEPUTY