In The United States District Court For The Western District of Oklahoma

Plaintiff: Jerry Ray Ulrich III
V.                                    Case No. CIV-22-767-HE
Defendants: Chris West, Kevin Ward, Kristie Carter

## SUMMONS

TO THE ABOVE NAMED DEFENDANTS:

You are hereby summoned and required to serve upon plaintiff, whose address is El Reno CCJ 304 N. Evans El Reno, OK. 73036 an answer to the complaint which is here with served upon you, exclusive of the day of service, within 20 days, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk of Court.

Date:

In The United States District Court for The Western District of Oklahoma.

Plaintiff: Jerry Ray Ulrich III
    V.                                  Case No. CIV-22-767-HE
Defendants: Chris West,
Kevin Ward, Kristie Carter

## SUMMONS

TO THE ABOVE NAMED DEFENDANTS:

You are hereby Summoned and required to serve upon Plaintiff, whose address is El Reno CCJ 304 N Evans El Reno, OK. 73036 an answer to the Complaint which is herewith served upon you, exclusive of the day of the Service, within 20 days, or 60 days if the U.S. Government or officer/agent there of is a defendant. If You fail to do so, judgement by default will be taken against you for the relief demanded in the Complaint.

Clerk of Court

Date:

In The United States District Court Of the Western District Of Oklahoma

Plaintiff: Jerry Ray Ulrich III

V.     Case No. CIV-22-767-HE

Defendants: Chris West, Kevin Ward, Kristie Carter

## SUMMONS

TO THE ABOVE NAMED DEFENDANTS:

You are hereby Summoned and required to serve upon Plaintiff, whose address is El Reno CCJ 304 N Evans El Reno, OK 73036 an answer to the Complaint which is here with Served upon you, exclusive of the day of Service, within 20 days, or 60 days if the U.S. Government or officer/agent there of is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demanded in the Complaint.

Clerk of Court

Date:

In The United States District Court For The
Western District Of Oklahoma

Plaintiff: Jerry Ray Ulrich III
V.
Defendants: Chris West, Kevin Ward, Kristie Carter

Case No. CIV-22-767-HE

## Summons

To The Above Named Defendants:

You are hereby summoned and required to serve upon Plaintiff, whose address is El Reno CCJ 304 N. Evans El Reno, OK. 73036 an answer to the Complaint which is here with served upon you, exclusive of the day of service, within 20 days, or 60 days if the U.S. Government or officer/agent there of is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demanded in the Complaint.

Clerk of Court

Date:

# In The United States District Court For The Western District Of Oklahoma

Plaintiff: Jerry Ray Ulrich III

V.

Case No. CIV-22-767-HE

Defendants: Chris West, Kevin Ward, Kristie Carter

## SUMMONS

### TO THE ABOVE NAMED DEFENDANTS:

You are hereby summoned and required to serve upon Plaintiff, whose address is El Reno CCJ 304 N. Evans El Reno, OK. 73036 an answer to the Complaint which is herewith served upon you, exclusive of the day of service, within 20 days, or 60 days if the U.S. Government or officer/agent there of is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demanded in the Complaint.

Clerk of Court

Date: