In The United States District Court For The Western District Of Oklahoma

FILED
OCT 06 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY _____ DEPUTY

Plaintiff: Jerry Ray Ulrich III

V.

Case No. CIV-22-767-HE

Defendants: Chris West, et al,.

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing Counsel to represent him in this case. In Support of this motion, Plaintiff States:

1. Plaintiff is unable to afford Counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex and will require significant research and investigation. Plaintiff has limited access to law library and limited knowledge of the law. Plaintiff is currently and permanently on Isolated Administrative Segregation. With no access to Jail records, letterheads, video, and correspondences.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses

Date: 28th Day of September 2022

Signature: Jerry Ray Ulrich III (675648)
Print: Jerry Ray Ulrich III (675648)

Address: El Reno CCJ 304 N. Evans El Reno, OK. 73036