Jerry Ray Uhlrich III (675648)
CCJ
304 N. Evans
El Reno, OK. 73036



Clerk, U.S. District Court
William J. Holloway, JR. United States CourtHouse
200 N.W. 4th Street, Suite 1210
Oklahoma City, OK. 73102

RECEIVED
OCT 06 2022
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

Legal mail

LEGAL mail

NOTICE This correspondence was mailed from an inmate incarcerated in the Canadian County Jail Mail is uncensored Any inquires should be sent to:
Undersheriff
Canadian County Sheriff's Office
El Reno, Oklahoma 73036