UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

FILED
OCT 25 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY_____SO_____,DEPUTY

Jerry Ray Ulrich III        Plaintiff(s)

vs.                         CASE NO. CIV-22-767 HE

Chris West; Kevin Ward;
Kristie Carter             Defendant(s)

## CHANGE OF ADDRESS

To the Clerk of this court and all parties of record:

Please note my change of address in the above styled case:

Jerry Ray Ulrich III
**Print Name**

675648
**Prisoner ID Number**

Lawton Correctional Facility 8607 Flowermound Rd.
**New Address**

Lawton          OK          73501-9700
**City**         **State**    **Zip Code**

_Jerry Ulrich_
**Signature**

Rvsd 03-16

## Certificate of Service

I hereby certify that on (date) __10-20-2022__, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

I hereby certify that on (date) __10-20-2022__, I filed the attached document with the Clerk of Court and served the attached document by (service method) _____ on the following, who are not registered participants of the Electronic Case Filing System: (insert names and addresses)

_____
Signature