United States District Court
Western District of Oklahoma.

Plaintiff: Jerry Ray Ulrich III

V.                                                    Case No. CIV-22-767-HE

Defendants: Chris West;
Kevin Wade; Kristie Carter.

## Change of Address

To the Clerk of this Court and all parties of record: Please note my change of address in the above styled case:

Print name: Jerry Ray Ulrich III

Prisoner ID number: 675648

New Address: Lawton Correctional Facility 8607 Flowermound Rd.

City: Lawton        State: OK        Zip Code: 73501-9700

Signature: Jerry Ulrich

United States District Court
Western District of Oklahoma

Plaintiff: Jerry Ray Ulrich III

V.                                    Case No. CIV-22-767-HE

Defendants: Chris West;
Kevin Ward; Kristie Carter

## Change of Address.

To the Clerk of this court and all parties of record:
Please note my change of address in the above styled case:

Print name: Jerry Ray Ulrich III

Prisoner ID number: 675648

New address: Lawton Correctional Facility 8607 Flower mound Rd.

City: Lawton          State: OK.          Zip Code: 73501-9760

Signature: [signature]

United States District Court
Western District of Oklahoma

Plaintiff: Jerry Ray Ulrich III

V

Case No. CIV-22-767-HE

Defendants: Chris West; Kevin Ward; Kristie Carter

Change of Address

To the Clerk of this Court and all parties of record: Please note my change of address in the above styled case:

Print name: Jerry Ray Ulrich III

Prisoner ID Number: 675648

New Address: Lawton Correctional Facility 8607 Flower Mound Rd.

City: Lawton    State: OK    Zip Code: 73501-9760

Signature: Jerry Ulrich

United States District Court
Western District of Oklahoma

Plaintiff: Jerry Ray Ulrich III

v.                                          Case No. CIV-22-767-HE

Defendants: Chris West;
Kevin Ward; Kristie Carter

### Change of Address

To the Clerk of this Court and all parties of record:
Please note my change of address in the above styled case:

Print Name: Jerry Ray Ulrich III
Prisoner ID Number: 675648
New Address: Lawton Correctional Facility 8607 Flowermound Rd.

City: Lawton          State: OK          Zip Code: 73501-9700

Signature: Jerry Ulrich