Jerry Ray Ulrich III #685648
LCRF
8607 SE Flowermound Rd
Lawton, OK 73501-9700

ZE-108

Oklahoma City P&DC 73125
MON 24 OCT 2022 PM

United States Courthouse
200 NW 4th St. STE 1210
Oklahoma City, OK. 73102

RECEIVED
OCT 25 2022
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

ULRICH, JERRY
#685648

LEGAL MAIL