# CANADIAN COUNTY SHERIFF'S OFFICE



**Chris West**
*Sheriff*

**Kevin L. Ward**
*Undersheriff*

**FILED**

OCT 3 1 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY_____,DEPUTY

To whom this may concern:

Please be informed that inmate Jerry Ray Ulrich, ID: 038191 has returned to DOC custody as of 10/20/2022. Inmate did not have sufficient funds after this letter was received, therefore no payments could be made.

Thank you,
CCDC

Office (405) 262-4787     *     208 West Rogers, El Reno, Oklahoma 73036     *     Fax (405) 422-2430