IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

JERRY RAY ULRICH, III,           )
                                 )
        Plaintiff,               )
v.                               )     Case No. CIV-22-767-HE
                                 )
CHRIS WEST, et al.,              )
                                 )
        Defendants.              )

### ORDER TO AGENCY HAVING CUSTODY OF PLAINTIFF FOR PAYMENT OF INMATE FILING FEE

The Court granted Plaintiff leave to bring this action without prepayment of the full $350 filing fee. *See* Doc. 7. That order directed Plaintiff, in part, to make monthly payments of 20 percent of the preceding month's income credited to his institutional accounts until he has paid the total filing fee of $350. *See id.* at 2.

Consistent with 28 U.S.C. §1915(b)(2), the Court directs the officials of any agency or facility having custody of Plaintiff to collect such payments each time the amount in Plaintiff's institutional accounts exceeds $10.00 and to forward such payments to the Clerk of Court at 200 N.W. 4th Street, STE 1210, Oklahoma City, Oklahoma, 73102, until Plaintiff pays the filing fee in full.

**The Clerk of Court shall send a copy of this order to the facility currently having custody of Plaintiff and shall not issue process until further order of the Court.**

**SO ORDERED** this 27th day of September, 2022.



SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

RECEIVED SEP 29 2022 CANADIAN COUNTY SHERIFF

2