**Canadian County Sheriff's Office**
208 West Rogers
El Reno, Oklahoma 73036

OKLAHOMA CITY OK 730
27 OCT 2022 PM 6 L



RECEIVED
OCT 31 2022
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

William J. Holloway, Jr.
Clerk of Court
200 N·W 4th St Ste 1210
OKC, OK 73102

73102-302871