11-25-22

Case No.
CIV-22-767-HE

To whom it may concern,

I am writing to confirm that my summons in Case No. CIV-22-767-HE was filed & delivered correctly. I was transferred from Canadian County Detention Center to Lawton Correctional Facility & filed all the necessary change of address forms needed soon as I arrived here. I was allowed to continue in forma pauperis & was under the impression that all I had to do was mail you the clerk any & all motions filed, allowing for there to be a copy of each & every one included for You, Judge, & each defendant. Which y'all would then have the U.S. Marshals serve the defendants. Is this proper procedure & if not then what is the proper procedure? If it is then I mailed the summons on the 28th day of September 2022, and would like confirmation of the dates the defendants were served seen as how 20 days since the serving has surely already passed & I'd like to submit a Declaration for Entry of Default. to continue on with the progress of this civil suit without letting it get stagnant. I would also like to know the status of my motion filed for appointment of counsel? I appreciate your time & help in response to this request.

Sincerely, Jerry Ulrich

Jerry Ray Ulrich III
Case No. CIV-22-767-HE

**FILED**

NOV 30 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY