Jerry Ulrich 675648
LCRF
8607 SE Flowermound Rd.
Lawton, OK. 73501

RECEIVED
NOV 30 2022
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

NOV 2 8 2022
Legal

United States Courthouse
200 NW. 4th St. STE 1210
Oklahoma City, ok. 73102

OKLAHOMA CITY OK 730
28 NOV 2022 PM 6  L



NOV 2 8 2022
Legal

73102-302710