# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY RAY ULRICH, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-22-0767-HE |
| ) | |
| CHRIS WEST, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the order entered this date, this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 26th day of January, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE