US POSTAGE
OKLAHOMA
FIRST-CLASS MAIL
$000.60
01/31/2023 ZIP 73501
043M31239467
31 JAN 2023

Mailroom
Lawton Correctional and Rehabilitation Facility
8607 SE. Flowermound Rd.
Lawton, Ok. 73501

RECEIVED
FEB 02 2023
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Office of Clerk - U.S. District Court
Western District of OK.
200 NW 4th ST
OKC, OK 73102-3092

73102-302710

Legal Mail

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
200 N.W. 4TH STREET
OKLAHOMA CITY, OKLAHOMA 73102-3092

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

OKLAHOMA CITY OK 730
27 JAN 2023 PM 6 L

@LCC
1515 Hwy 39
P.O. Box 260
Lexington, OK 73051-0260

**Special/Legal Mail**
Open only in the presence of the Inmate

Jerry Ray Ulrich, III
#675648
LAWTON-LCF
8607 SE Flower Mound Rd
Lawton, OK 73501

73501-970099