# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY RAY ULRICH, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-22-0767-HE |
| ) | |
| CHRIS WEST, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Jerry Ray Ulrich, III, a state prisoner appearing *pro se* and *in forma pauperis* filed suit against four Canadian County law enforcement officers alleging they violated his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings. Upon initial review of the complaint, Judge Mitchell issued a Report and Recommendation recommending that the complaint be dismissed for failure to state a claim.

The Report advised plaintiff of his right to object on or before December 13, 2022. Plaintiff has filed a letter with the court regarding his mailing of the summons but has not otherwise objected to the Report. Plaintiff has therefore waived his right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #16]. The complaint is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated this 26th day of January, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY RAY ULRICH, III, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) NO. CIV-22-0767-HE |
| CHRIS WEST, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

In accordance with the order entered this date, this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 26th day of January, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE